UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_Pensacola_ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

Charles Ernest Rood, Jr.
Inmate # 208695
(Enter full name of Plaintiff)

vs.

Clayton Ard/witness
Charles Wallace/victim
James Reese/investigator

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

CASE NO: 3:11cv602/RV/CJK
(To be assigned by Clerk)

RECEIVED BY
NWFRC
DEC 14 2011
INITIAL CR

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

**I.     PLAINTIFF:**

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Charles E Road Jr.
Inmate Number: 208695
Prison or Jail: Northwest Florida Reception Center
Mailing address: 4455 Sam Mitchell dr.
Chipley, Fl. 32428

**II.    DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: Clayton Edward Ard
    Official position: Witness
    Employed at: Retired
    Mailing address: 3165 Bayou Drive
    Pensacola, Fl. 32505

(2) Defendant's name: Charles Lester Wallace
    Official position: Victim
    Employed at: None Found in MNI
    Mailing address: 370 Calloway Ave.
    Pensacola, Fl. 32505

(3) Defendant's name: James Reese
    Official position: Investigator #PPD 533/164
    Employed at: Pensacola Police Department
    Mailing address: 711 N Hayne St.
    Pensacola, Fl. 32501

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

### IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )    No(X)

1. Parties to previous action:
   (a) Plaintiff(s): _____
   (b) Defendant(s): _____
2. Name of judge: _____    Case #: _____
3. County and judicial circuit: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

**(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes(X)    No( )

1. Parties to previous action:
   a. Plaintiff(s): Charles E Rood Jr
   b. Defendant(s): James Gore, Alfred Bradley, Bridgett Morrison
2. District and judicial division: Northern / Pensacola, Fl.
3. Name of judge: Unknown    Case #: Unknown
4. Approximate filing date: 12-1-11
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____

3

7. Facts and claims of case: _False Arrest/Unlawful Search + Seizure_

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )           No(X)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____ Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )           No(X)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____ Case Docket # _____
4. Approximate filing date: _____ Dismissal date: _____
5. Reason for dismissal: _____

4

6.      Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V.    STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

On 10-6-10 Clayton Ard and Charles Wallace gave misleading / False information to Police concerning Plaintiff and a possible Burglary + Theft. Investigators James Gore, and Pat Bradley with assistance from Officer Bridgett Morison conducted a Traffic stop of Plaintiffs vehicle, a search of the vehicle was conducted by Police. Pictures of personal items in the vehicle were taken, without warrant. Plaintiff was arrested for unrelated charges. On 2-7-11 Inv. James Reese was reviewing the pictures taken on 10-7-10 by Investigator James Gore. Claiming to have identified stolen evidence belonging to Charles Wallace. Inv. James Reese initiated an arrest warrant for Plaintiff for Burglary of Conveyance and Petit Theft. On 5-4-11 warrant was served. Plaintiff files this, Civil Rights violation, based on false arrest and unlawful detention caused by Defendants

5

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

U.S. Constitution Article VII Amendment XIV sec. 1 United States Citizens shall not be deprived liberty without due process of law. Nor denied equal protection of the laws. Clayton Ard and Charles Wallace were principal to This Civil Rights violation and Police made unlawful desisions based on less than reasonable suspision

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

Punitive and Compensatory damages and awards

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

12-3-11
(Date)

(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the _3rd_ day of _December_, 20_11_.

(Signature of Plaintiff)

Revised 03/07

To: Honorable Clerk of Court

Please find, Plaintiff's, request for signature by Authorized official, RE: Inmate prison account. Also find responce inclosed.

Sincerely, Plaintiff

Charles E Rood Jr

## UNOTORIZED OATH

I, Charles E Rood Jr., under penalty of perjury declare the foregoing information concerning my finanical status/balance is True and correct.

Date: 12-13-11

Charles E Rood Jr.
Plaintiff

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☒ Other I/M Bank |
|---|---|---|---|---|

FROM: Inmate Name: Rood, Charles   DC Number: 208695   Quarters: B1-145S   Job Assignment: Food Ser.   Date: 12/1/11

**REQUEST**   Check here if this is an informal grievance ☐

Requesting A (6) Six month statement of my inmate Account for purpose of filing Appeal in ~~CAL~~ North Dist. Court. Please sign Attached Certificate of Inmate Account.

Time And Consideration Are Greatly Appreciated

X Charles Rood

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

— DO NOT WRITE BELOW THIS LINE —

**RESPONSE**   DATE RECEIVED: _____

I just gave you one on 11/28/11. You need to make copies.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____ . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): L. Martin   Date: 12/2/11

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective )

```
IBSR140 (74)                    FLORIDA DEPARTMENT OF CORRECTIONS                              11/28/11
                                   TRUST FUND ACCOUNT STATEMENT                                10:06:43
                                  FACILITY: 110 - NWFRC MAIN UNIT.                             PAGE   1
                                     FOR: 05/28/2011 - 11/28/2011

ACCT NAME: ROOD, CHARLES E. JR.         ACCT#: 208695
      BED: B1145S                       TYPE: INMATE TRUST
   PO BOX:

                                                                      BEGINNING BALANCE 05/28/11    $0.00

          POSTED                    REFERENCE
          DATE    NBR   TYPE         NUMBER        FAC   REMITTER/PAYEE      +/-    AMOUNT      BALANCE
          ------- ---   ----------   ----------    ---   --------------      ---    ------      -------
          09/20/11 228 MEDICAL CO-PAY 0920110850SC 000                        -     $0.00        $0.00
                       LIEN CREATED  - 09/20/2011 0920110850SC
          10/28/11 184 LEGAL POSTAGE W 10.25.11   000                         -     $0.00        $0.00
                       LIEN CREATED  - 10/28/2011 10.25.11

                                                                        ENDING BALANCE 11/28/11     $0.00

LIEN                                    LIEN     AMOUNT     AMOUNT
DATE      TYPE OF LIEN                  FACL     OF LIEN    STILL OWED
--------  ---------------------------   ----     -------    ----------
09/20/11  MEDICAL CO-PAYMENT             000     $5.00      $5.00
10/28/11  LEGAL POSTAGE                  000     $1.32      $1.32
```

Charles E Rood, Jr. #208695
Northwest Florida Reception Center
Main Unit Library
4455 Sam Mitchell Drive
Chipley, FL 32428

MAILED FROM STATE CORRECTIONAL INSTITUTION

Hasler
12/15/2011
US POSTAGE $01.48⁰



ZIP 32428
011D11607432

U.S. District Court, Clerk
Northern District of Florida
1 North Palafox St.
Pensacola, Fl. 32502

LEGAL